

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NB:CPK
F.#2008R00983

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

August 20, 2010

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Jian Hu and Lin F. Hu
         08 CR 425(BMC)

Dear Judge Cogan:

    The government respectfully submits this letter to supplement its sentencing submission of June 11, 2010. In regard to the sentencing hearing scheduled to commence at 10:30 a.m. on Tuesday, September 7, 2010, the government does not intend to call any witness and, instead, submits the attached documents for the consideration of the court. The government's understanding is that the hearing will concern the issue of whether or not defendant Lin Hu and/or defendant Jian Hu (the "Hus") were engaged in trafficking in counterfeit condoms so as to make such actions "relevant conduct" under U.S.S.G. § 1B1.3. The government is prepared to proceed with the rest of the sentencing proceedings, which were commenced on June 18, 2010, at the conclusion of the sentencing hearing.

        REDACTED PARAGRAPH

        REDACTED PARAGRAPH

2

  In addition, as discussed in court, enclosed herewith as Exhibit C are letters from victim companies including:

  Walt Disney Company's letter dated March 17, 2010;
  Warner Bros. Entertainment Inc.'s letter dated March 19, 2010; and
  The United States Playing Card Company's letter of March 16, 2010

Should additional letters be received from victims, they will be filed with the court.

         Respectfully submitted,

         LORETTA E. LYNCH
         United States Attorney


      By: _____
         CHARLES P. KELLY
         Assistant U. S. Attorney
         631-715-7866

cc: Clerk of the Court (BMC)

   Howard Schwartz, Esq. w/enclosures
   50 Court Street
   Suite 506
   Brooklyn, New York 11201


   Todd Greenberg, Esq. w/enclosures
   Addabo & Greenberg
   118-21 Queens Boulevard
   Suite 306
   Forest Hills, New York 11375