

**The United States Playing Card Company**

300 Gap Way  |  Erlanger, Kentucky 41018-3160  |  859-815-7300 / 859-815-7313  |  **www.usplayingcard.com**

March 16, 2010

Honorable Judge Brian M. Cogan
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201



       Re:    USA v. Hu, 2:08 CR 425, United States District Court, Eastern District of New York – Sentencing

Dear Judge Cogan,

As President of The United States Playing Card Company, I write to you in support of the maximum sentence for Lin Hu, Jian Hu and Hoy Mui Cheow who have pled guilty to trafficking in counterfeit goods, including products bearing the trademarks of The United States Playing Card Company. As a company celebrating the 125th anniversary of one of its most famous trademarks this year – BICYCLE® brand playing cards – we take counterfeiting very seriously. The trademarks involved in this case were our BEE® brand marks which have been in use since at least 1892 and which are famous throughout the world.

Acts of counterfeiting erode the market for genuine goods and services and harm every individual and company that works to produce high quality legitimate products. Counterfeiters illegally profit at the expense of creators, manufacturers, distributors, and retailers, as well as governments who are deprived of taxes and other revenue generated and paid by legitimate businesses, but not paid by counterfeiters. Trafficking in counterfeit goods causes economic harm, defrauds consumers, and constitutes unfair competition to legitimate businesses. A strong message needs to be sent that such illegal activities will not be tolerated and that individuals participating in such activities will be prosecuted and sentenced to the fullest extent of the law.

Very truly yours,

Phil Dolci
President

cc: Frank M. Marcigliano, Esq.
Charles Kelly, Esq.
Karen R. Hennigen, Esq
Geoffrey Potter, Esq.